IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL LUTT, Personal Representative of the Estate of JULIE LUTT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV440 |
| v. | ) ) | |
| COUNTY OF HALL, a Nebraska Political Subdivision; CITY OF GRAND ISLAND, A Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendant City of Grand Island's motion for place of trial in Lincoln, Nebraska (Filing No. 11), and on defendant County of Hall's motion for trial to be held in Lincoln, Nebraska (Filing No. 12). Plaintiff has not responded to the motions. After review, the Court finds the defendants' motions should be granted. Accordingly,

IT IS ORDERED that the motions for trial to be held in Lincoln, Nebraska, are granted. Trial will be scheduled at the

planning conference to be held after the Rule 16(f) reports are submitted.

DATED this 14th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court