IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL LUTT, Personal Representative of the Estate of JULIE LUTT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV440 |
| v. | ) ) | |
| COUNTY OF HALL, a Nebraska Political Subdivision; CITY OF GRAND ISLAND, A Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion for enlargement of time (Filing No. 19). The Court notes defendants have no objection to such an enlargement. Accordingly,

IT IS ORDERED that the motion is granted. The parties shall have until March 14, 2011, to submit their Report of Parties' Planning Meeting.

DATED this 23rd day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court