IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL LUTT, Personal Representative of the Estate of JULIE LUTT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV440 |
| v. | ) ) | |
| COUNTY OF HALL, a Nebraska Political Subdivision; CITY OF GRAND ISLAND, A Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion for extension of time (Filing No. 38). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The parties shall have until October 24, 2011, to file dismissal papers.

DATED this 28th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court