IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL LUTT, Personal Representative of the Estate of JULIE LUTT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV440 |
| v. | ) ) | |
| COUNTY OF HALL, a Nebraska Political Subdivision; CITY OF GRAND ISLAND, A Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendant City of Grand Island's motion to continue progression order (Filing No. 40). Noting that the parties wish to have a telephonic planning conference concerning the revised order,

IT IS ORDERED that a telephonic planning conference on said motion is scheduled for:

**Friday, October 14, 2011, at 1:30 p.m. CDT**

The Court will initiate the call.

DATED this 12th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court