IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL LUTT, Personal Representative of the Estate of JULIE LUTT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV440 |
| v. | ) ) | |
| COUNTY OF HALL, a Nebraska Political Subdivision; CITY OF GRAND ISLAND, A Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion for dismissal of defendant Hall County (Filing No. 43).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Hall County is dismissed as a party defendant in this action.

DATED this 18th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court