IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL LUTT, Personal Representative of the Estate of Julie Lutt, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV440 |
| vs. | ) ) | ORDER |
| CITY OF GRAND ISLAND and DOES 1-5, | ) ) ) | |
| Defendants. | ) ) | |

Upon notice of settlement given to the court on January 24, 2012,

**IT IS ORDERED that:**

1.  **On or before March 1, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior Judge Lyle E. Strom, at *strom@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.  The final pretrial conference scheduled for March 6, 2012, and the trial scheduled for the week of April 3, 2012, are cancelled upon the representation that this case is settled.

DATED this 24th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge