IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL LUTT, Personal Representative of the Estate of JULIE LUTT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV440 |
| v. | ) ) | |
| COUNTY OF HALL, a Nebraska Political Subdivision; CITY OF GRAND ISLAND, A Nebraska Political Subdivision; and DOES 1-5, in their individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint stipulation for dismissal of all claims against defendant City of Grand Island with prejudice (Filing No. 46).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; all claims against defendant City of Grand Island are dismissed with prejudice, each party to pay their own costs.

DATED this 27th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court